UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STEVE PERSCHKE | § | |
| | § | |
| V. | § | C.A. NO. 3:21-cv-00063 |
| | § | |
| HELIX ENERGY SOLUTIONS GROUP, | § | |
| INC. and HELIX WELL-OPS, INC. | § | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiff, Steve Perschke, and hereby provides notice of dismissal of this cause of action pursuant to Rule 41(a)(1)(A)(i) Fed.R.Civ.P., without Court order since no party has answered or moved for summary judgment. This dismissal is made without prejudice, each party to bear its own costs.

Respectfully submitted,

*/s/ Marc Evan Kutner*
Marc E. Kutner
Attorney-in-Charge
SBN 11770575 | SDTX ID 6238
mkutner@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
713.653.5600 (T)
713.653.5656 (F)

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing was on this 3rd day of May, 2021, automatically accomplished on all counsel of record through CM/ECF Notice of Electronic Filing at the time of filing herein, in accordance with the Federal Rules of Civil Procedure.

*/s/ Marc Evan Kutner*
Marc Evan Kutner