UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

STEVE PERSCHKE

§

V.

3:21-CV63

§
HELIX ENERGY SOLUTIONS GROUP, §
INC. and HELIX WELL-OPS, INC.

## **ORDER**

Considering Plaintiff's Notice of Dismissal pursuant to Rule 41(a)(1)(A)(i) Fed.R.Civ.P., the above-styled cause of action is hereby dismissed, without prejudice, each party to bear its own costs.

IT IS SO ORDERED.

Signed on Galveston Island on the __11__ day of May, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE